UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIAN BUTLER, | ) | Case No. 5:15-cv-2049-VEB |
| | ) | |
| Plaintiff, | ) | **ORDER AWARDING EQUAL** |
| | ) | **ACCESS TO JUSTICE ACT** |
| v. | ) | **ATTORNEY FEES AND** |
| | ) | **EXPENSES, PURSUANT TO 28** |
| NANCY A. BERRYHILL, Acting | ) | **U.S.C. § 2412(d), AND COSTS** |
| Commissioner of Social Security, | ) | **PURSUANT TO 28 U.S.C. § 1920** |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses,

**IT IS ORDERED** that fees and expenses in the amount of $5,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED this 1st day of March, 2017.

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE